# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

158130 & (74)(79)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

JONTELE SWANSON-DEVILL GOODWIN,
　　　Defendant-Appellant.

SC: 158130
COA: 337329
Monroe CC: 16-242675-FH

_____/

　　　On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the June 19, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.





　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019

t0520

Clerk